IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK ALLEN, SR., )
)
        Plaintiff, )
)
v. ) 1:21CV969
)
BRIGHTHEALTH, et al., )
)
        Defendants. )

### JUDGMENT

On November 7, 2022, the United States Magistrate Judge's Text Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED as frivolous and for failure to state a claim under to 28 U.S.C. § 1915(e)(2)(B).

                                        /s/   Thomas D. Schroeder
                                    United States District Judge

December 5, 2022